# EXHIBIT A

## Portfolio Recovery Associates, LLC

11/03/2020

Dear TOBI BROWN,

**We know life happens.**
Every day Portfolio Recovery Associates, LLC works with people to resolve their debt. We would love to do the same for YOU.

Sincerely,
PRA, LLC

**Account Details**

Account Number: 
Seller: SYNCHRONY BANK
Merchant: TJX
Original Creditor: SYNCHRONY BANK
Original Account Number: 
Last Payment Date or Default Date: 05/08/2018
Creditor to Whom Debt is Owed: PORTFOLIO RECOVERY ASSOCIATES, LLC
Balance: $2,088.56

### Account Offers

**Pay the Full Balance**  OR **Choose a Savings Plan**

- 1 Payment of $2,088.56
- 6 Monthly Payments of $348.09*
- 12 Monthly Payments of $174.04*

- 1 Payment of $1,775.28 and **SAVE $313.28***
- Pay $156.64 for 12 consecutive months and **SAVE $208.88***
- Pay $110.23 for 18 consecutive months and **SAVE $104.42***

Within approximately 30 days of your final payment successfully posting, we will request that the three major credit reporting agencies delete our tradeline related to your account from your credit bureau report.

**Your first payment must be received by: 12/07/2020**
*We are not obligated to renew this offer.

### Contact Us


Visit us online at:
www.PRApay.com

Call Toll - Free 1-800-772-1413 to discuss your account with us.


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**
Notice: See Reverse Side for Important Information

53M2

---

DEPT 922
PO BOX 4115
CONCORD CA 94524

Account Number: 
Payment Amount: 

CHANGE SERVICE REQUESTED

TOBI BROWN

Pay Online at www.PRApay.com
or mail to:

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

S603840057

Scanned with CamScanner

**MAKE ALL CHECKS PAYABLE TO:** PORTFOLIO RECOVERY ASSOCIATES, LLC

**SEND ALL PAYMENTS TO:** PORTFOLIO RECOVERY ASSOCIATES, LLC, P.O. Box 12914, Norfolk, VA 23541

**HOURS OF OPERATION:** Mon. to Fri. 8am - 11pm, Sat. 8am - 8pm, Sun. 11am - 10pm (EST)

**FOR THE HEARING IMPAIRED:** TDD: 1-800-828-1120

**COMPANY ADDRESS:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES:** Call 1-800-772-1413 or write to: Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Blvd., Norfolk, VA 23502
**DISPUTES E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE AVAILABLE Mon. - Fri. 8 AM to 6 PM (ET)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at 1-800-772-1413 or by e-mail at PRACustomerCare@portfoliorecovery.com.

**NOTICE:** We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws.

**NEW YORK CITY:** City of New York License Numbers – 1096994, 1394695, 1394697, 1394696, 1394698, 2045465, 2052875, 2061138, 2063671, 2070336.